UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| IN THE MATTER OF COLONNA'S SHIPYARD, INC., AS OWNER PRO HAC VICE AND OPERATOR OF BARGE U 806, O.N., 1237946, FOR EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>*Limitation Plaintiff.* | Case No.: 2:25-cv-00706 |

## INJUNCTION AND NOTICE ORDER

A Complaint in Admiralty having been filed on November 3, 2025, by Colonna's Shipyard, Inc. ("Colonna's Shipyard") as owner *pro hac vice* and operator of the Barge U 806, O.N. 1237946, claiming the benefit of exoneration from or limitation of liability, as provided for in 46 U.S.C. § 30501 *et seq.* and the statutes amendatory and supplemental thereto, for any claims whatsoever in any way arising out of or in consequence of the alleged injuries to Kenneth James Oakey on or about September 30, 2023, and, potentially others, during the operations and voyage of Barge U 806 from on or about September 28, 2023, and ending on October 5, 2023, while it was properly moored in Norfolk, Virginia, and upon the navigable waters of the United States, and Colonna's Shipyard also stating the facts and circumstances under which exoneration or limitation is claimed.

NOW, on application of Ventker Henderson Stancliff, PLLC, counsel for Colonna's Shipyard, it is

ORDERED that the commencement or prosecution of any actions or suits of any nature against Colonna's Shipyard and/or Barge U 806 is enjoined and further prosecution of any actions heretofore commenced or to be commenced against Colonna's Shipyard, or against property

owned, operated or controlled by it, is enjoined, and any property heretofore attached under any such suit or action should be and is freed from such attachment, and any bonds or stipulations heretofore given for the release of any vessel or property of Colonna's Shipyard are released and canceled, and the Clerk and/or Marshal of any Court in which any such property has been attached is hereby commanded to restore the said property to the person or persons having custody at the time of the said attachment, and no other suit, action or claim of any nature shall be made or prosecuted against Colonna's Shipyard, Barge U 806, or any property in which Colonna's Shipyard has an interest, which arises by reason of the alleged injuries to Kenneth James Oakey and, potentially others, during the operations and Voyage of Barge U 806 from on or about September 28, 2023, and ending on October 5, 2023, while it was properly moored in Norfolk, Virginia upon the navigable waters of the United States, or during any voyage associated therewith except in the present proceeding and in accordance with this and any other subsequent order of this Court, and all such other actions are hereby stayed and restrained until the hearing and determination of this proceeding; and it is further

ORDERED that the Clerk issue a Notice to all persons claiming damages sustained or occasioned or incurred by or resulting from this casualty, or in any way arising out of or in connection with the voyage when the casualty occurred, citing them to file their respective claims with the Clerk of the Court and to serve on or mail to counsel for Colonna's Shipyard a copy thereof, or be defaulted, on or before <u>December 16, 2025</u>, and subject to the right of any person or persons to controvert or question the same, with liberty also to any person or persons claiming damages who shall have presented their claims to answer the Complaint; and it is further

ORDERED that notice be published in the Virginian Pilot, Norfolk, Virginia, once a week for four (4) consecutive weeks before the return day of this Order, and that Colonna's Shipyard

- 3 -

shall, not later than the day of the second publication mail a copy of said notice to every person known to have made or who may make a claim against Colonna's Shipyard, Barge U 806, or arising out of the casualty for which the claims sought to be limited arose; and it is further

ORDERED that service of this Order as a restraining order be made by delivering a copy of this Order to the court, person, or persons to be restrained, or to his, her or their respective counsel or attorneys.

/s/
_____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: November 12, 2025