# LETTER OF UNDERTAKING
# ON BEHALF OF
# NAVIGATORS INSURANCE COMPANY

### Effective Date: November 3, 2025

*Recitals.* **Colonna's Shipyard, Inc.** has filed or will soon file a Complaint in Admiralty, pursuant to the Limitation of Liability Act, 46 U.S.C. § 30501 *et seq.*, and the admiralty and maritime jurisdiction of the United States, in the U.S. District Court of the Eastern District Of Virginia (the "Limitation Action"), for exoneration from or limitation of liability for damages resulting from an alleged casualty involving the Barge U 806 (the "Vessel"), on or about September 30, 2023 (the "Incident"), during a voyage commencing on or about September 28, 2023, and ending on October 5, 2023, while it was properly moored in Norfolk, Virginia, upon the navigable waters of the United States.

In its Complaint, Virginia Colonna's Shipyard, Inc. denies liability for any such damages resulting from the Incident, and asks, among other things, that a notice be issued to all persons asserting claims for loss, damage, injuries or destruction, admonishing them to file their respective claims and to answer the Complaint, and that an injunction may be issued restraining the commencement and prosecution of any actions or proceedings against Colonna's Shipyard, Inc., its underwriters, or any of its property resulting from the Incident.

*Consideration.* In consideration of any requirement to post a cash bond or other security, in the event a final judgment of the United States District Court for the Eastern District of Virginia is entered in favor of any claimant against Colonna's Shipyard, Inc. in the Limitation Action (after all possible appeals, motions for reconsideration, or petitions for certiorari are exhausted), then Navigators Insurance Company, as surety, is held firmly bound unto claimants in accordance with the terms of the applicable insurance policies up to, but not more than, **One Million Five Hundred Thousand U.S. Dollars ($1,500,000.00)**, plus interest at six percent (6%) per annum from the date hereof, plus costs in the amount of **$1,000.00** pursuant to Local Admiralty Rule f(l). This Letter of Undertaking will remain in effect whether the Vessel is lost or not lost. This Letter of Undertaking shall apply to *In Personam* and/or *In Rem* actions involving the Vessel.

If Colonna's Shipyard, Inc. shall satisfy any final judgment against it in the Limitation Action, then the obligation of Navigators Insurance Company shall be void, otherwise to remain in full force and effect.

*Submission to Jurisdiction.* Navigators Insurance Company agrees to submit to the personal jurisdiction of the United States District Court for the Eastern District of Virginia for the limited purpose of enforcing this Letter of Undertaking entered into on behalf of Colonna's Shipyard, Inc.

*Without Prejudice.* This Letter of Undertaking is acknowledged to be in satisfaction of Colonna's Shipyard, Inc.'s requirement to post security for the value of the Vessel and all pending freight with its Verified Complaint for exoneration from or limitation of liability, pursuant to Court order and as set forth in 46 U.S.C. § 30511, and Supplemental Rule F(1) of the Federal Rules of Civil Procedure. It is the intention of this undertaking and guarantee that it be substitute security in lieu of a corporate surety bond, reserving on behalf of the vessel, her owner and underwriters, all defenses and

denial or all liability to any party as a consequence of the incident and losses described with more particularity in the Complaint. This Letter of Undertaking is entirely without prejudice to any and all rights or defenses which Colonna's Shipyard, Inc. may have, including, but not limited to, the right of exoneration from or limitation of liability and any other rights or defenses available under governing law. It is expressly agreed that under this Letter of Undertaking no rights or defenses available to Colonna's Shipyard, Inc. shall be regarded as waived, nor shall this Letter of Undertaking in any way be construed to be an admission of liability or a tacit acknowledgment of any responsibility for the alleged losses. It is further agreed that, by accepting this letter, claimants do not waive their right to challenge the value of the Vessel or pending freight at issue, or to seek additional security should the value of the Vessel and pending freight be determined by the court to be in excess of One Million Five Hundred Thousand U.S. Dollars ($1,500,000.00).

Further, this Letter of Undertaking is only binding upon the insurance carriers subscribing hereto and is entirely without prejudice to the signatories individually and the law firm of Ventker Henderson Stancliff, P.L.L.C., and its attorneys and other employees, including Steven M. Stancliff, Esquire.

**NAVIGATORS INSURANCE COMPANY**

By *Dianne McMurtrey*
Name: Dianne McMurtrey
Title: Claims Consultant, Ocean Marine
For: Navigators Insurance Company

**NOTARY**

State of VIRGINIA
City/County of: VIRGINIA BEACH

On this the 3rd day of November, 2025, before me personally appeared Dianne McMurtrey, who acknowledged the foregoing *Letter of Undertaking* to be the free and voluntary act and deed of Navigators Insurance Company for the uses and purposes stated herein, and that she is authorized to execute said instrument on its behalf.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal, this day and year first written above.

SEBEN CHRISTOPHER GRIFFIN III
Electronic Notary Public
Commonwealth of Virginia
Commission No. 7776430
My Commission Expires May 31, 2026

Notary Public
Notary Registration No.: 7776430

My Commission Expires: 5/31/2026

Notarial Act Performed by Audio visual communication