UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| IN THE MATTER OF COLONNA'S SHIPYARD, INC., AS OWNER PRO HAC VICE AND OPERATOR OF BARGE U 806, O.N., 1237946, FOR EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>*Limitation Plaintiff.* | Case No. 2:25-cv-00706-EWH-RJK |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE the undersigned counsel, James L. Chapman, IV, who is licensed to practice in this Court, hereby enters his appearance on behalf of MARMAC, LLC d/b/a McDonough Marine Service.

Dated: December 16, 2025

**MARMAC, LLC d/b/a MCDONOUGH MARINE SERVICE**

 */s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
K. Barrett Luxhoj, VSB No. 86302
Mackenzie R. Pensyl, VSB No. 100012
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com
mpensyl@cwm-law.com
*Counsel for MARMAC, LLC d/b/a McDonough Marine Service*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 16th day of December, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all registered counsel of record.

                                     */s/ James L. Chapman, IV*
                                     James L. Chapman, IV, VSB No. 21983
                                     CRENSHAW, WARE & MARTIN, P.L.C.
                                     150 W. Main Street, Suite 1923
                                     Norfolk, Virginia 23510
                                     Telephone: (757) 623-3000
                                     Facsimile: (757) 623-5735
                                     jchapman@cwm-law.com
                                     *Counsel for MARMAC, LLC d/b/a*
                                     *McDonough Marine Service*