UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____NORFOLK_____ DIVISION

In the Matter of Colonna's Shipyard, Inc., et al

vs.

Civil/Criminal Action No. 2:25-cv-00706

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

  Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____
_____

Or

  Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for __MARMAC, LLC d/b/a McDonough Marine Service__ in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

McDonough Corporation, which is a privately held company.
_____

Or

  Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for _____ in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

December 16, 2025
Date

Signature of Attorney or Litigant
Counsel for MARMAC, LLC d/b/a McDonough Marine Service

Rev. 03/12/19