UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| IN THE MATTER OF COLONNA'S SHIPYARD, INC., AS OWNER PRO HAC VICE AND OPERATOR OF BARGE U 806, O.N., 1237946, FOR EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>*Limitation Plaintiff.* | )<br>)<br>)  Case No.: 2:25-cv-00706 – EWH-RJK<br>)<br>)<br>) |

## NOTICE OF FILING AFFIDAVIT OF PUBLICATION

Notice is given that in accordance with Supplemental Rule F(4) Limitation Plaintiff, Colonna's Shipyard, Inc., as owner *pro hac vice* and operator of the Barge U 806, O.N. 1237946, hereby files the attached Affidavit of Publication of the Notice of Complaint in Admiralty with the Virginian Pilot (Exhibit A).

Dated: December 18, 2025

**COLONNA'S SHIPYARD, INC.**

 */s/ Steven M. Stancliff*
Steven M. Stancliff (VSB No. 73853)
James J. Levantino (VSB No. 97082)
VENTKER HENDERSON STANCLIFF, PLLC
256 W. Freemason Street
Norfolk, VA 23510
Tel:   (757) 675-9464
Fax:   (757) 625-1475
sstancliff@ventkerlaw.com
jlevantino@ventkerlaw.com
*Counsel for Limitation Plaintiff*
*Colonna's Shipyard, Inc.*

## Certificate of Service

I hereby certify that on this date, December 18, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of such filing to all counsel of record:

Kevin Biniazan, Esq. (VSB No. 92109)
Lauren A. Martin, Esq. (VSB No. 93653)
BREIT BINIAZAN P.C.
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Tel: (757) 622-6000
kevin@bbtrial.com
lmartin@bbtrial.com

and

Adam H. Lotkin, Esq. (VSB No. 45588)
R. Maxwell Baker, Esq. (VSB No. 100825)
RUTTER MILLS, LLP
160 W. Brambleton Ave.
Norfolk, VA 23510
Tel: (757) 622-5000
Adam.Lotkin@ruttermills.com
Max.Baker@ruttermills.com

*Counsel for Claimant Kent Oakey, Administrator of the Estate of Kenneth Oakey, deceased*

James L. Chapman, IV, Esq.
(VSB No. 21983)
K. Barrett Luxhoj, Esq. (VSB No. 86302)
Mackenzie R. Pensyl, Esq.
(VSB No. 100012)
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Tel: (757) 623-3000
jchapman@cwm-law.com
kbluxhoj@cwm-law.com
mpensyl@cwm-law.com

*Counsel for MARMAC, LLC d/b/a McDonough Marine Service*

**COLONNA'S SHIPYARD, INC.**

 /s/ Steven M. Stancliff
Steven M. Stancliff (VSB No. 73853)
VENTKER HENDERSON STANCLIFF, PLLC
256 W. Freemason Street
Norfolk, VA 23510
Tel:   (757) 802-3727
Fax:   (757) 625-1475
sstancliff@ventkerlaw.com
*Counsel for Limitation Plaintiff Colonna's Shipyard, Inc.*