**EXHIBIT A**

Sold To:
Ventker Henderson PLLC - CU00581134
256 W Freemason St
Norfolk, VA 23510-1221

Bill To:
Ventker Henderson PLLC - CU00581134
256 W Freemason St
Norfolk, VA 23510-1221

## Affidavit of Publication

**State of Illinois**
**County of Cook**

Order Number: 7897081
Purchase Order:

This day, Jeremy Gates appeared before me and, after being duly sworn, made oath that:

1) He/she is affidavit clerk of The Virginian Pilot, a newspaper published by Virginian-Pilot Media Companies, LLC in the city of Norfolk, Portsmouth, Chesapeake, Suffolk and Virginia Beach and the Commonwealth of Virginia and in the state of North Carolina.
2) That the advertisement hereto annexed has been published in said newspaper on the dates stated below
3) The advertisement has been produced on the websites classifieds.pilotonline.com and https://www.publicnoticevirginia.com

Published on: **Nov 18, 2025; Nov 25, 2025; Dec 02, 2025; Dec 09, 2025**.

_____

Jeremy Gates

Subscribed and sworn to before me in my city and state on the day and year aforesaid this 10 day of December, 2025

My commission expires July 3, 2029

Notary Signature

Official Seal
MARIA JOE
Notary Public, State of Illinois
Commission No. 1013054
My Commission Expires July 3, 2029

Notary Stamp

VIRGINIA MEDIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION IN ADMIRALTY

IN THE MATTER OF COLONNA'S SHIPYARD, INC., AS OWNER PRO HAC VICE AND OPERATOR OF BARGE U 806, O.N., 1237946, FOR EXONERATION FROM OR LIMITATION OF LIABILITY

LIMITATION PLAINTIFF
CASE NO.: 2:25-CV-00706
NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is given that Colonna's Shipyard, Inc. has filed a Complaint in Admiralty pursuant to 46 U.S.C. §§ 30501 et seq. claiming the right of exoneration from or limitation of liability for all claims arising out of the operations and Voyage of the Barge U 806, from on or about September 28, 2023, and ending on October 5, 2023, while it was properly moored in Norfolk, Virginia upon the navigable waters of the United States, including an incident occurring on or about September 30, 2023.

All persons having claims must file them as provided in Rule F of the Supplemental Rules for Admiralty and Maritime Claims, Federal Rules of Civil Procedure, with the Clerk of this Court, at the United States Courthouse at Norfolk, Virginia, and serve on or mail to Colonna's Shipyard, Inc.'s counsel, Steven M. Stancliff, Ventker Henderson Stancliff, PLLC, 256 W. Freemason Street, Norfolk, Virginia 23510, a copy thereof on or before December 16, 2025, or be defaulted. Personal attendance is not required.

Any claimant desiring to contest Colonna's Shipyard, Inc. 's allegations must file an Answer to the Complaint as required by Rule F(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, and serve on or mail to counsel for Colonna's Shipyard, Inc. a copy thereof.

FERNANDO GALINDO, CLERK

Dated: November 12, 2025
Norfolk, Virginia
Nov. 18, 25, Dec. 2, 9, 2025
7897081