**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**
**In Admiralty**

| | |
|---|---|
| IN THE MATTER OF COLONNA'S ) <br> SHIPYARD, INC., AS OWNER PRO HAC ) <br> VICE AND OPERATOR OF BARGE U ) <br> 806, O.N., 1237946, FOR EXONERATION ) <br> FROM OR LIMITATION OF LIABILITY ) <br> ) <br> *Limitation Plaintiff.* ) <br> _____ ) | **Case No.:  2:25-cv-00706 – EWH-RJK** |

**NOTICE OF COMPLIANCE**
**WITH SUPPLEMENTAL RULE F(4)**

Pursuant to this Court's Injunction and Notice Order entered November 12, 2025, ECF 8, and Local Admiralty Rule (F)(3), Colonna's Shipyard, Inc., by counsel, gives notice of its compliance with Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, as set forth herein.

Notice of Complaint for Exoneration from or Limitation of Liability was published in The Virginian-Pilot once a week for four (4) consecutive weeks beginning on November 18, 2025. S*ee* Notice of Filing Affidavits of Publication. ECF 19.

Additionally, copies of the Notice, the Limitation Complaint, and other documents previously filed in this matter, were sent on November 18, 2025, to Mr. Kent Oakey, Administrator of the Estate of Kenneth Oakey, c/o his attorneys Kevin Biniazan, Esq. and Lauren A. Martin, Esq., Breit Biniazan, P.C., 600 22nd Street, Suite 402, Virginia Beach, VA 23451, and Adam H. Lotkin, Esq. and Maxwell Baker, Esq., Rutter Mills, 160 Brambleton Ave., Norfolk, VA 23510.

Dated: December 18, 2025

**COLONNA'S SHIPYARD, INC.**

 */s/ Steven M. Stancliff*
Steven M. Stancliff (VSB No. 73853)
James J. Levantino (VSB No. 97082)
VENTKER HENDERSON STANCLIFF, PLLC
256 W. Freemason Street
Norfolk, VA 23510
Tel:    (757)  675-9464
Fax:    (757) 625-1475
sstancliff@ventkerlaw.com
jlevantino@ventkerlaw.com
*Counsel for Limitation Plaintiff*
*Colonna's Shipyard, Inc.*

**Certificate of Service**

I hereby certify that on this date, December 18, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of such filing to all counsel of record:

Kevin Biniazan, Esq. (VSB No. 92109)
Lauren A. Martin, Esq. (VSB No. 93653)
BREIT BINIAZAN P.C.
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Tel: (757) 622-6000
kevin@bbtrial.com
lmartin@bbtrial.com

and

Adam H. Lotkin, Esq. (VSB No. 45588)
R. Maxwell Baker, Esq.
(VSB No. 100825)
RUTTER MILLS, LLP
160 W. Brambleton Ave.
Norfolk, VA 23510
Tel: (757) 622-5000
Adam.Lotkin@ruttermills.com
Max.Baker@ruttermills.com

*Counsel for Claimant Kent Oakey,*
*Administrator of the Estate of Kenneth*
*Oakey, deceased*

James L. Chapman, IV, Esq.
(VSB No. 21983)
K. Barrett Luxhoj, Esq. (VSB No. 86302)
Mackenzie R. Pensyl, Esq.
(VSB No. 100012)
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Tel: (757) 623-3000
jchapman@cwm-law.com
kbluxhoj@cwm-law.com
mpensyl@cwm-law.com

*Counsel for MARMAC, LLC d/b/a*
*McDonough Marine Service*

**COLONNA'S SHIPYARD, INC.**

 */s/ Steven M. Stancliff*
Steven M. Stancliff (VSB No. 73853)
VENTKER HENDERSON STANCLIFF, PLLC
256 W. Freemason Street
Norfolk, VA 23510
Tel:    (757) 802-3727
Fax:    (757) 625-1475
sstancliff@ventkerlaw.com
*Counsel for Limitation Plaintiff*
*Colonna's Shipyard, Inc.*