UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| IN THE MATTER OF COLONNA'S SHIPYARD, INC., AS OWNER PRO HAC VICE AND OPERATOR OF BARGE U 806, O.N., 1237946, FOR EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>*Limitation Plaintiff.* | Case No.: 2:25-cv-00706 – EWH-RJK |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT
FOR NON-APPEARING PARTIES AND NON-ASSERTED CLAIMS**

Limitation Plaintiff, Colonna's Shipyard, Inc., ("Colonna's Shipyard"), by counsel, hereby requests entry of default by the Clerk under Rule 55(a) of the Federal Rules of Civil Procedure and Rule F(4) and F(5) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") against all other parties having an interest in this matter, and against all other claims that may have been asserted against Limitation Plaintiff in this matter, except for the Claims asserted on December 16, 2025, by Kent Oakey, ECF 11, and MARMAC, LLC d/b/a McDonough Marine Services, ECF 17. In support of this request, Limitation Plaintiff states as follows:

1. On November 3, 2025, Limitation Plaintiff filed a Complaint in Admiralty for exoneration from or limitation of liability pursuant to the Shipowner's Limitation of Liability Act, 46 U.S.C. §§30501, *et seq*., and Supplemental Rule F(9) of the Federal Rules of Civil Procedure and Local Rule 3(c) for any injuries, damages, or losses of whatever description arising from the Voyage of the barge U 806 (the "Vessel") from on or about September 28, 2023, until October 5, 2023, and an alleged incident on or about September 30, 2023, in which Kenneth J. Oakey was allegedly injured while in the performance of his duties as an employee of Colonna's Shipyard.

2. Pursuant to Supplemental Rule F(4), a Notice of Complaint in Admiralty for Exoneration from or Limitation of Liability ("Notice") was duly issued by the Clerk on November 12, 2025 ECF 9, giving notice to "(a)ll persons having claims" arising out of the operations and voyage of the Barge U 806, from on or about September 28, 2023, and ending on October 5, 2023. The Notice directed that all persons having such claims must file them as provided for in Supplemental Rule F with the Clerk of Court, and serve on or mail to Limitation Plaintiff's attorney a copy on or before December 16, 2025, "or be defaulted," and directed any claimant desiring to contest Limitation Plaintiff' allegations to file an answer to the Complaint as required by the aforesaid Supplemental Rule F(5).

3. Also pursuant to Supplemental Rule F(4), the Court issued an Injunction and Notice Order, ECF 8, on November 12, 2025, ordering that public notice be given by publication thereof in The Virginian Pilot newspaper, and that Limitation Plaintiff shall also mail, not later than the day of the second publication, a copy of said Notice to every person known to have made or who may make a claim against Limitation Plaintiff arising out of the said incident that is the subject of the limitation action. Said mailing and public notice has been made. See Notice of Filing Affidavit of Publication. ECF 19.

4. The deadline for receipt of claims and answers has expired. The following Claims and Answers have been submitted:

a. Answer and Claim of Kent Oakey, filed December 16, 2025. ECF 11.

b. Answer and Claim of MARMAC, LLC d/b/a McDONOUGH MARINE SERVICES, filed December 16, 2025. ECF 17.

5. In the aforementioned Claim, ECF 11, Kent Oakey asserts claims of negligence of the vessel and maritime negligence, and MARMAC, LLC asserts a claim for indemnity and contribution.

6. No other person or party has filed any claim or pleadings in this matter.

7. Therefore, pursuant to the Notice of Complaint in Admiralty for Exoneration from or Limitation of Liability, an entry of default of all claims arising from the voyage of the Vessel at issue, except as asserted by Kent Oakey and MARMAC, LLC d/b/a McDONOUGH MARINE SERVICES, is proper pursuant to Rule 55(a). Attached hereto is a Proposed Entry of Default.

WHEREFORE, Limitation Plaintiff respectfully requests entry of default by the clerk as to all claims arising from the Voyage at issue in this limitation action, except as asserted by Kent Oakey and MARMAC, LLC d/b/a McDONOUGH MARINE SERVICES in their Claims, and entry of default against all other parties having an interest in this matter.

Dated: December 18, 2025

**COLONNA'S SHIPYARD, INC.**

 */s/ Steven M. Stancliff*
Steven M. Stancliff (VSB No. 73853)
James J. Levantino (VSB No. 97082)
VENTKER HENDERSON STANCLIFF, PLLC
256 W. Freemason Street
Norfolk, VA 23510
Tel:   (757) 675-9464
Fax:   (757) 625-1475
sstancliff@ventkerlaw.com
jlevantino@ventkerlaw.com
*Counsel for Limitation Plaintiff*
*Colonna's Shipyard, Inc.*

**Certificate of Service**

      I hereby certify that on this date, December 18, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of such filing to all counsel of record:

Kevin Biniazan, Esq. (VSB No. 92109)
Lauren A. Martin, Esq. (VSB No. 93653)
BREIT BINIAZAN P.C.
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Tel: (757) 622-6000
kevin@bbtrial.com
lmartin@bbtrial.com

and

Adam H. Lotkin, Esq. (VSB No. 45588)
R. Maxwell Baker, Esq.
(VSB No. 100825)
RUTTER MILLS, LLP
160 W. Brambleton Ave.
Norfolk, VA 23510
Tel: (757) 622-5000
Adam.Lotkin@ruttermills.com
Max.Baker@ruttermills.com

*Counsel for Claimant Kent Oakey, Administrator of the Estate of Kenneth Oakey, deceased*

James L. Chapman, IV, Esq.
(VSB No. 21983)
K. Barrett Luxhoj, Esq. (VSB No. 86302)
Mackenzie R. Pensyl, Esq.
(VSB No. 100012)
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Tel: (757) 623-3000
jchapman@cwm-law.com
kbluxhoj@cwm-law.com
mpensyl@cwm-law.com

*Counsel for MARMAC, LLC d/b/a McDonough Marine Service*


**COLONNA'S SHIPYARD, INC.**


  */s/ Steven M. Stancliff*
Steven M. Stancliff (VSB No. 73853)
VENTKER HENDERSON STANCLIFF, PLLC
256 W. Freemason Street
Norfolk, VA 23510
Tel:   (757) 802-3727
Fax:  (757) 625-1475
sstancliff@ventkerlaw.com
*Counsel for Limitation Plaintiff Colonna's Shipyard, Inc.*