UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

|  |  |
|---|---|
| IN THE MATTER OF COLONNA'S SHIPYARD, INC., AS OWNER PRO HAC VICE AND OPERATOR OF BARGE U 806, O.N. 1237946, FOR EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>*Limitation Plaintiff.* | )<br>)<br>)<br>) Case No.: 2:25-cv-00706- EWH-RJK<br>)<br>)<br>)<br>)<br>) |

## LIMITATION PLAINTIFF'S MOTION
## TO DISMISS CLAIM OF CLAIMANT KENT OAKEY

COMES NOW, COLONNA'S SHIPYARD, INC. ("Colonna's Shipyard"), by counsel, and pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6), as and for its Motion to Dismiss the Claim of Kent Oakey, and in the alternative, for Summary Judgment pursuant to Rule 56, for the reasons stated herein and in its accompanying memorandum in support, respectfully requests this honorable Court Dismiss the Claim of Kent Oakey ECF 11, and states as follows:

Claimant Oakey's claims brought under 33 U.S.C. § 905 (b) and the general maritime law of the United States should be dismissed because they fail to state a viable cause of action against Colonna's Shipyard. ECF 11.

The claim is wholly devoid of fact, and more importantly is contrary to the provisions of the Longshore Act under which Oakey is suing. *See* 33 U.S.C. § 901 *et seq*. Decedent Oakey was employed by Colonna's Shipyard to provide services a ship repairer. The claim alleges that decedent Oakey sustained injuries aboard a vessel that belonged to his employer, Colonna's Shipyard. ECF 11, at ¶ 11. Accordingly, the remedies available under the Longshore Act are the

*exclusive* remedies available to the estate and Colonna's Shipyard is entitled to immunity from the claims asserted in this action. *Id. See* 33 U.S.C. §§ 904-905; 909.

Because of the statutory bar for these claims and the tort immunity provided to maritime employers under the Longshore Act, amendment is futile under the circumstances and these claims should be dismissed with prejudice.

WHEREFORE, for the reasons set forth herein and in its Memorandum in Support of its Motion to Dismiss, Limitation Plaintiff Colonna's Shipyard respectfully requests that this Court dismiss Oakey's Claim with prejudice, enter judgment of exoneration in favor of Limitation Plaintiff Colonna's Shipyard, and award Limitation Plaintiff Colonna's Shipyard its fees and costs and all other relief that in the Cour's judgment is warranted.

Dated: December 30, 2025

**COLONNA'S SHIPYARD, INC.**

 */s/ Steven M. Stancliff*
Steven M. Stancliff (VSB No. 73853)
James J. Levantino (VSB No. 97082)
VENTKER HENDERSON STANCLIFF, PLLC
256 W. Freemason Street
Norfolk, VA 23510
Tel:   (757) 675-9464
Fax:   (757) 625-1475
sstancliff@ventkerlaw.com
jlevantino@ventkerlaw.com
*Counsel for Limitation Plaintiff*
*Colonna's Shipyard, Inc.*

**Certificate of Service**

       I hereby certify that on this date, December 30, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of such filing to all counsel of record:

| | |
|---|---|
| Kevin Biniazan, Esq. (VSB No. 92109)<br>Lauren A. Martin, Esq. (VSB No. 93653)<br>BREIT BINIAZAN P.C.<br>600 22nd Street, Suite 402<br>Virginia Beach, Virginia 23451<br>Tel: (757) 622-6000<br>kevin@bbtrial.com<br>lmartin@bbtrial.com<br><br>and<br><br>Adam H. Lotkin, Esq. (VSB No. 45588)<br>R. Maxwell Baker, Esq.<br>(VSB No. 100825)<br>RUTTER MILLS, LLP<br>160 W. Brambleton Ave.<br>Norfolk, VA 23510<br>Tel: (757) 622-5000<br>Adam.Lotkin@ruttermills.com<br>Max.Baker@ruttermills.com<br><br>*Counsel for Claimant Kent Oakey,*<br>*Administrator of the Estate of Kenneth*<br>*Oakey, deceased* | James L. Chapman, IV, Esq.<br>(VSB No. 21983)<br>K. Barrett Luxhoj, Esq. (VSB No. 86302)<br>Mackenzie R. Pensyl, Esq.<br>(VSB No. 100012)<br>CRENSHAW, WARE & MARTIN, P.L.C.<br>150 W. Main Street, Suite 1923<br>Norfolk, Virginia 23510<br>Tel: (757) 623-3000<br>jchapman@cwm-law.com<br>kbluxhoj@cwm-law.com<br>mpensyl@cwm-law.com<br><br>*Counsel for MARMAC, LLC d/b/a*<br>*McDonough Marine Service* |

**COLONNA'S SHIPYARD, INC.**

   /s/ *Steven M. Stancliff*
Steven M. Stancliff (VSB No. 73853)
VENTKER HENDERSON STANCLIFF, PLLC
256 W. Freemason Street
Norfolk, VA 23510
Tel:   (757) 802-3727
Fax:  (757) 625-1475
sstancliff@ventkerlaw.com
*Counsel for Limitation Plaintiff*
*Colonna's Shipyard, Inc.*

- 3 -