Page 1 of 4 1/C Mechanic 2020



**COLONNA'S SHIPYARD, INC.**

| | |
|---|---|
| Department: Maintenance- 300 | Job Status: Full Time |
| FLSA Status: Non-Exempt | Reports To: Maintenance Supervisor / Manager |
| Work Schedule applies to shifts: 1, 2, and 3 | Amount of Travel Required: Occasional local travel |
| Position: Maintenance Mechanic 1st class | EEO Code: 6A |

| PHYSICAL ACTIVITIES | NONE | 2 Hours or less Rarely | 2-3 Hours Occasionally | 3-6 Hours Frequently | 6+ Hours Continuously |
|---|---|---|---|---|---|
| Reaching above shoulder height | | | X | | |
| Working with body bent over at waist | | | | X | |
| Working in kneeling position/crawling | | | X | | |
| Working with arms extended at shoulder level | | | X | | |
| Balance, Coordination, and Control | | | | X | |
| Hand-eye coordination | | X | | | |
| Working overhead | | | X | | |
| Stooping | | | | X | |
| Squatting | | | | X | |
| Standing | | | | X | |
| Walking | | | | X | |
| Crawling | | | X | | |
| Sitting | | X | | | |
| Driving | | | | X | |
| **STRENGTH** | | | | | |
| Lifting | | 50lbs or more | 40lbs-50lbs | 20lbs-40lbs | 10lbs-20lbs |
| Carrying | | 50lbs or more | 40lbs-50lbs | 20lbs-40lbs | 10lbs-20lbs |
| Pushing | | | | | X |
| Pulling | | | | | X |
| Climbing inclined ladders | | | | X | |
| Climbing vertical ladders | | | | X | |
| Stair climbing | | | | X | |
| **ENVIRONMENT** | | | | | |
| Low/High Temperatures | | | | | X |
| Hazardous Material/Machinery | | | | | X |
| Sharp tools | | | | | X |
| Loud noise | | | | | X |
| Moving objects | | | | | X |
| Exposure to fumes, dust, smoke, gases | | | | | X |
| Confined spaces | | X | | | |
| Working at heights | | | X | | |
| Operating power equipment | | | X | | |

| Repetitive Use Tolerance (Yes or No) | | | | | |
|---|---|---|---|---|---|
| | Simple Grasp | Forceful/Firm Grasp | Fine Manipulation | Assembly Work | Foot Movement |
| Right | Y | Y | Y | Y | Y |
| Left | Y | Y | Y | Y | Y |



**COLONNA'S SHIPYARD, INC.**

| | |
|---|---|
| Department: Maintenance- 300 | Job Status: Full Time |
| FLSA Status: Non-Exempt | Reports To: Maintenance Supervisor / Manager |
| Work Schedule applies to shifts: 1, 2, and 3 | Amount of Travel Required: Occasional local travel |
| Position: Maintenance Mechanic 1st class | EEO Code: 6A |

## ESSENTIAL DUTIES AND RESPONSIBILITIES:

- Overhaul and repair combustion powered heavy duty vehicles and heavy mobile equipment such as cranes and forklifts
- Repair work includes the repairing, overhauling or rebuilding systems of the following:
  Diesel and gasoline engines
  Other types of internal combustion engines
  Automatic and non-automatic transmissions
  Heavy duty drive line systems
  Hydraulic utility systems and controls
- Trace and locate defects and causes of mechanical problems using a wide range of diagnostic and test equipment
- Determine the type and extent of necessary repairs
- Fit and install to appropriate tolerances such parts as pistons, valves, bearings, gears, and cylinders
- Make changes or modifications in accordance with specifications and guidelines
- Connect, align, adjust system elements to assure proper operation of the complete system or vehicle
- Field repairs as necessary
- Install, repair, maintain, test, and adjust fixed and semi-fixed industrial equipment and machinery such as cranes, pumps, engines, motors, pneumatic tools, conveyor systems, and production machinery
- Complete repairs from blueprints, diagrams, operational manuals, manufacturer's specifications, work orders, and other specifications
- Disassemble equipment using hoists, cranes, hand tools, and power tools
- Determine nature of repair and examines parts to detect imperfections with the use of rulers, micrometers, and other measuring instruments to determine changes in dimensional requirements
- Complete repairs by replacing, reworking, or refinishing worn or damaged parts
- Reassemble equipment and test performance
- Operation of equipment, preventative maintenance, diagnostic and repair work, and overhaul of minor and major building/utility systems and components
- Maintain a safe and clean working environment by complying with procedures, rules, and regulations.
- Apply basic math, reading and communication skills
- Board ships via stairs, ladders, and gangways with tool bags and needed equipment
- Control cost in assigned area of responsibility
- Understand and act upon instruction / work independently to complete responsibilities
- Must have regular, reliable attendance
- Other duties may be assigned as workload dictates

## TOOL REQUIREMENTS:

| | |
|---|---|
| Basic hand tools | Sockets 3/8", ¼" to 1" |
| Wrenches | Sockets ½", ¼" to 1" |
| Hammer | Test lights |
| Bilars | Flashlight |
| Assorted screwdrivers | |

Page 3 of 4 1/C Mechanic 2020



**COLONNA'S SHIPYARD, INC.**

| | |
|---|---|
| Department: Maintenance- 300 | Job Status: Full Time |
| FLSA Status: Non-Exempt | Reports To: Maintenance Supervisor / Manager |
| Work Schedule applies to shifts: 1, 2, and 3 | Amount of Travel Required: Occasional local travel |
| Position: Maintenance Mechanic 1st class | EEO Code: 6A |

## QUALIFICATIONS

- Minimum of five years of experience in maintaining and repairing electrical and mechanical equipment systems
- Minimum of 5 years of mechanic experience with heavy construction equipment and/or diesel equipment.
- Able to work and coordinate with department mechanics assigned during the installation and maintenance of all systems and equipment.
- Expert knowledge of mechanical, hydraulic and pneumatic systems
- Must be able to interpret technical drawings, mechanical and electrohydraulic
- Identify and resolve the failures of the hydraulic systems, pump adjustments, hoses identification, hydraulic modifications, etc…
- Technical training preferred
- Knowledge of and ability to use hand tools and instruments associated with the trade
- Must be able to work effectively with others
- Must be a steady, reliable worker

## REASONABLE ACCOMMODATIONS STATEMENT

To perform this job successfully, an individual must be able to perform each essential job duty satisfactorily without posing a direct threat to the safety or health of employee or others. Reasonable accommodations may be made to enable qualified individuals with disabilities to perform essential job functions. The Company is prepared to modify or adjust the job or work environment to make reasonable accommodations to the known physical or mental limitations of the employee, unless the accommodation will impose an undue hardship. If a reasonable accommodation is needed, please contact the Human Resources department at (757) 545-2414.

## WORK ENVIRONMENT

Employees are exposed to moderate or high noise levels, saw dust, fumes, and hazards. Work at job sites exposes employee to weather conditions and the hazards of working on and around scaffolds and ladders. Employees may be required to work in confined areas which may be dusty and dirty. Protective devices such as but not limited to ear plugs, safety glasses, respirators, gloves, hard hat, and safety shoes are required. Steel toe shoes, hard hats and safety glasses, are required at all times.

## SAFETY

Participate and promote a Safe Operations culture. Wear Personal Protective Equipment (PPE) per company guidelines at all times with no exceptions correcting others who are not in compliance. Learn and practice all safety requirement and procedures for any equipment or tools assigned to your trade. Participate in the planning of safe work and all housekeeping/cleanup activities. Be aware of and speak up about any safety issues that conflict with Safe Operations culture of Colonna's Shipyard, Inc. Report or correct any safety concerns immediately.

## HOUSEKEEPING

It is every CSI employee's responsibility to maintain cleanliness during all operations regardless of location, assignment, or department. The job or task is not complete until all materials, residuals, tools, and anything else is either stored correctly or removed from the workspace appropriately. It is Colonna's commitment to ensure our work areas, often our customers vessels, and our facility are continually free of trash/debris and reusable materials are kept organized. A clean environment exemplifies pride in our work, respect for the next person who enters and our customers, and promotes an overall safe place of employment.

Page 4 of 4 1/C Mechanic 2020



**COLONNA'S SHIPYARD, INC.**

| | |
|---|---|
| Department: Maintenance- 300 | Job Status: Full Time |
| FLSA Status: Non-Exempt | Reports To: Maintenance Supervisor / Manager |
| Work Schedule applies to shifts: 1, 2, and 3 | Amount of Travel Required: Occasional local travel |
| Position: Maintenance Mechanic 1st class | EEO Code: 6A |

I approve the job description for the 1st class Maintenance Mechanic.

Approval Signature: _____    Date: _____

Position: _____

Approval Signature: _____    Date: _____

Position: _____

Employee Printed Name: Kenneth Oakey    Date: Jun 8, 2023

Employee Signature: *Kenneth Oakey (Jun 8, 2023 09:39 EDT)*    Emp#: _____

The specific statements shown in each section of this description are not intended to be all inclusive. They represent typical elements of criteria necessary to successfully perform the job. Colonna's Shipyard, Inc. is an at will employer. The Company has reviewed this job description to ensure that essential functions and basic duties have been included. It is intended to provide guidelines for job expectations and the employee's ability to perform the position described. It is not intended to be construed as an exhaustive list of all functions, responsibilities, skills and abilities. Additional functions and requirements may be assigned by supervisors as deemed appropriate. This document does not represent a contract of employment, and the Company reserves the right to change this job description and/or assign tasks for the employee to perform, as the Company may deem appropriate.

# Colonna's Shipyard Pre-Employment Paperwork

Final Audit Report — 2023-06-08

| | |
|---|---|
| Created: | 2023-06-07 |
| By: | Brandy Jones (bjones@colonnaship.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAR5JeW9_UcWEYC80icIoSb06fpKXe7R2U |

## "Colonna's Shipyard Pre-Employment Paperwork" History

- Document created by Brandy Jones (bjones@colonnaship.com)
  2023-06-07 - 5:41:53 PM GMT

- Document emailed to userskier1@aol.com for signature
  2023-06-07 - 5:42:33 PM GMT

- Email viewed by userskier1@aol.com
  2023-06-08 - 12:54:48 PM GMT

- Signer userskier1@aol.com entered name at signing as Kenneth Oakey
  2023-06-08 - 1:39:35 PM GMT

- Document e-signed by Kenneth Oakey (userskier1@aol.com)
  Signature Date: 2023-06-08 - 1:39:37 PM GMT - Time Source: server

- Agreement completed.
  2023-06-08 - 1:39:37 PM GMT

Adobe Acrobat Sign

400 E. Indian River Rd Norfolk, VA 23523
757-545-2414 Toll Free 1-800-265-6627

All applicants will be considered without regard to race, color, sex, religion, age, national origin, sex, age, disability, marital status, sexual orientation, citizenship status, status as a disabled veteran or veteran or veteran of the Vietnam era. Do not list any information that may reflect on the previous stated protected areas. AN EQUAL OPPORTUNITY EMPLOYER.

## APPLICATION FOR EMPLOYMENT

### PERSONAL INFORMATION

Today's Date:
5/19/2023

Name in Full

| | | |
|---|---|---|
| Last Name: | First Name: | Middle Name: |
| Oakey | Kenneth | James |
| E-mail: | Phone #: | Secondary #: |
| userskier1@aol.com | | |

Present address

Address 1:
6332 Chestnut Hill Road

Address 2:

| | | |
|---|---|---|
| City: | State: | Zip: |
| VIRGINIA BEACH | VA | 23464 |

If requested, can you provide evidence of your Social security number?
☑ Yes  ☐ No

Are you legally eligible to work in the United States?
☑ Yes  ☐ No

Are you 18 yrs. of age or older?
☑ Yes  ☐ No

Can you provide evidence of your U.S. citizenship?
☑ Yes  ☐ No

(Proof of age, identity and eligibility to work in the United States will be required upon offer of employment with the company.)

Can you, with or without reasonable accommodation, perform the essential functions of this job?
☑ Yes  ☐ No

If no, describe the functions that cannot be performed:

(If you have questions concerning the functions of this job, ask the interviewer before answering this question.)

## DESIRED EMPLOYMENT

Position applying for:
Maintenance shop

Are you currently employed?
☐ Yes  ☑ No

If so, may we contact your present employer?
☑ Yes  ☐ No

Are you currently on layoff?
☐ Yes  ☑ No

Are you subject to recall from layoff?
☐ Yes  ☑ No

Have you ever applied to this company before?
☐ Yes  ☑ No

Have you ever worked for this company before (including Temp)?
☐ Yes  ☑ No

If so, are you currently employed as a full-time employee (not including temps) with Colonna's Shipyard or one of its affiliates?
☐ Yes  ☑ No

If yes, when?             Name of Supervisor at this company?

Reason for leaving?

Have you ever been fired or asked to resign from any job?
☐ Yes  ☑ No

If yes, please explain:

How did you hear about Colonna's Shipyard?
Friend/Family

| Day | AM | PM |
|---|---|---|
| Sunday | 6 | 6 |
| Monday | 6 | 6 |
| Tuesday | 6 | 6 |
| Wednesday | 6 | 6 |
| Thursday | 6 | 6 |
| Friday | 6 | 6 |
| Saturday | 6 | 6 |

Due to the nature of the work performed at the Company, overtime, weekend and holiday work is frequently required. Are you able to fulfill this requirement?

☑ Yes  ☐ No

If employed, will transportation to work be a problem?
☐ Yes  ☑ No

Are you able to travel if required?
☑ Yes  ☐ No

Do you currently have friends or relatives working at Colonna's?
☑ Yes  ☐ No

| Name: ▮▮▮▮▮▮▮▮ | Dept: | Relationship: Friend |
|---|---|---|
| ▮▮▮▮ | Dept: | Relationship: Friend |

Do you have a current valid driver's license for the appropriate class of vehicle?
☑ Yes  ☐ No

If yes, what state? (Answer only if driving is an essential function of the job you are applying for.)
VA

Describe any special skills or training that may be related to the position you are applying for:

**EDUCATION**

Highest grade completed:
8

If you are NOT a high school graduate, have you been awarded a GED Certificate?
☑ Yes  ☐ No

School Name:
Granby

College Name/Degree:

Vocational, Trade or Business School Certification:

Subjects of special study or research:

Have you ever registered in an apprenticeship program?
☐ Yes  ☑ No

If yes, which trade and what company?
no

Did you graduate?
☐ Yes  ☑ No

Do you have a journeyman card?
☐ Yes  ☑ No

Have you ever been convicted of a criminal offense (misdemeanor or felony)?
☐ Yes  ☑ No

**CA applicants only** Please do not list: misdemeanor convictions for marijuana related offenses that are more than two years old; records relating to diversion programs; convictions that have been judicially dismissed, expunged or ordered sealed pursuant to law; or any convictions, adjudications or other court actions by a juvenile.

*(A conviction will not necessarily disqualify you and we will consider various mitigating factors prior to a final decision being made. Should your employment be denied solely for this reason, you may request a written explanation detailing the reason(s) for the rejection.)*

If yes, please list the crime(s) you were convicted of and when and where convicted. Please also include any other information you want to share with us about this conviction, any mitigating circumstances or any additional information you believe to be relevant:

## EMPLOYMENT HISTORY

(begin with the current or most recent employer. Include all employment. Include any applicable temporary employment. Attach another sheet if necessary. Previous salaries or wages will not be used to determine compensation at Colonna's.)

Name of Employer:
Westview Auto

Phone:
757-420-2216

Address:
6216 Indian River Road

| City: | State: | Zip Code: |
|---|---|---|
| Virginia Beach | Virginia | 23464 |

**Employment Dates**

| From: | To: |
|---|---|
| 7/1/2002 | 5/1/2023 |

| Supervisor's Name: | Supervisor's Title: |
|---|---|
| ▮▮▮▮ | owner |

Describe your duties:
Managed inventory control, cash control and store opening and closing procedures. Trained team members in successful strategies to meet operational and sales targets. Oversaw employee performance, corrected problems and increased efficiency to maintain productivity targets. Kept orderly and accurate accounting records by monitoring sales documentation. Coached employees and trained on methods for handling various aspects of sales, complicated issues and difficult customers. Offered hands-on assistance to customers, assessing needs and maintaining current knowledge of consumer preferences. Delivered excellent customer service by addressing and resolving customer inquiries and complaints through [Action] and [Action].

Reason for leaving and explanation:
looking for new and better opportunities

## MILITARY HISTORY

Are you a veteran of the U.S. Military?
☐ Yes  ☑ No

| If yes, what Branch? | Reserve status: |
|---|---|

Dates of Service

| From: | To: |
|---|---|

| Type of Discharge: | Highest Rank: |
|---|---|

## APPLICANT ACKNOWLEDGEMENT AND AUTHORIZATION
## PLEASE READ CAREFULLY BEFORE AGREEING

I hereby certify that all of the information provided by me in this application (or any other accompanying or required documents) is correct, accurate and complete to the best of my knowledge. I understand that the falsification, misrepresentation or omission of any facts in said documents will be cause for denial of employment or immediate termination of employment regardless of the timing or circumstances of discovery.

I understand that submission of an application does not guarantee employment. I further understand

that, should Colonna's Shipyard, Inc. and/or its subsidiaries (hereinafter referred to as 'the Company') extend an offer of employment that such employment with the Company is at will for no specified duration and may be terminated by either the Company or myself at any time, with or without cause or notice. I understand that none of the documents, policies, procedures, actions, statements of the Company or its representatives used during the employment process is deemed a contract of employment real or implied. I understand that no representative of the Company except the President has the authority to enter into any agreement guaranteeing any conditions of employment or any agreement contrary to the foregoing statements and that any such agreements must be made in writing and signed by the President of Colonna's Shipyard, Inc.

In consideration for employment with the Company, if employed, I agree to conform to the rules, regulations, policies and procedures at all times and understand that such obedience is a condition of employment. I understand that due to the nature of the Company's business, attendance and punctuality are considered essential requirements of every job at the Company and that poor attendance and/or tardiness may result in disciplinary action.

<u>I understand that if offered a position with Colonna's Shipyard, I am required to submit to a pre-employment medical examination and drug screen with a negative test result.</u> I understand that unsatisfactory results from, refusal to cooperate with, or any attempt to affect the results of these pre-employments tests and checks will result in withdrawal of any employment offer or termination of employment if already employed.

I hereby authorize any and all schools, former employers, references, courts, Department of Defense, Armed Forces, and any others who have information about me to provide such information to the Company and/or any of its representatives, agents or vendors. I release all parties involved from any and all liability for any and all damage that may result from providing such information. This Company conducts internal background checks and may search public records. I am entitled to copies of any such public records obtained by the Company unless I mark the check box ☐. If I am not hired as a result of such information, I am entitled to a copy of any such records even though I have checked the box above.

The Company reserves the right to share information contained in this application with its affiliates for recruiting purposes unless otherwise indicated by the applicant: I do NOT want my application information shared with affiliated companies. ☐

I understand that this application is considered current for employment consideration for thirty calendar days. If I wish to be considered for employment after this period I must fill out and submit a new application.

BY SIGNING BELOW, I ACKNOWLEDGE THAT I HAVE READ, UNDERSTOOD AND AGREE TO THE ABOVE STATEMENTS.

*Please note that we do NOT provide status information on submitted applications. <u>NO PHONE CALLS PLEASE!</u> Only qualified candidates will be contacted. Thank You.

☑ Signature
Kenneth Oakey 5/19/2023 2:14 PM
Checking the checkbox above is equivalent to a handwritten signature.



**COLONNA'S SHIPYARD, INC.**

June 6, 2023

Kenneth Oakey
6332 Chestnut Hill Road
VIRGINIA BEACH, Virginia 23464

Dear Kenneth,

Thank you for your interest in our company. It has been a pleasure of ours to get to know you better. We are happy to welcome you to our team.

On behalf of Colonna's Shipyard, Inc., and its affiliates we are pleased to extend an offer of employment to you as a 1st Class Maintenance Mechanic on 1st shift.

The following are the terms and compensation of our offer:

- Hourly - $30.00/Hourly
- CSI Benefit Package (2023 Benefits guide attached) eligibility, 1st of the month following 30 days of service and based on your election:
    - Medical, Dental, Vision, Life and AD&D Insurance
    - Disability coverage, Legal Services, Employee Assistance Program
    - 401k plan - maximum match of 50% on the first 6% of employee contribution. Eligibility to contribute begins the first of the quarter following 6 months of service.

This offer is contingent on your successful completion of our pre-employment physical and drug screening before Orientation. This agreement does not imply a contract of employment. Employment is at will and can be terminated at any time by either party.

Kenneth, we look forward to you joining the team at Colonna's Shipyard, Inc. If you have any questions, please do not hesitate to contact me.

Sincerely,

Michael Carissimo                               June 6, 2023
Talent Acquisition                              Date

Signed by Kenneth Oakey | userskier1@aol.com | 6/6/2023 6:24:07 PM UTC | 70.186.222.130

## Pre-Employment Information

Please report to Colonna's Shipyard located at 465 East Indian River Rd. in Norfolk, VA 23523 (Down River Building) on June 8, 2023 for Pre-employment.

- When you arrive please tell the front desk that you are reporting to Human Resources for pre-employment.
- Please arrive at 9:00am
- Please bring your ID and Social Security Card OR Birth Certificate.
- Wear Comfortable clothing and tennis shoes for your full physical.
- Human Resources will give you a form to take to medical facility to complete your full physical and drug screen. Failure to do so will be considered a refusal and will result in the offer of employment being rescinded.

If you are in the following trade you are expected to **show up for pre-employment cleanly shaved** (Painters, Outside Machinists, Maintenance Mechanics, Pipefitters, Laborers/Firewatch, Welders, Shipfitters, Fabrication Fitters, QA). Failure to show up cleanly shaved to the medical facility will mean pre-employment will need to be rescheduled or you can purchase a razor at their facility for $10 at your own expense.

If you have any questions or need to reschedule this appointment, please contact the Talent Acquisition team at (757) 545-2414.

Signed by Kenneth Oakey | userskier1@aol.com | 6/6/2023 6:24:07 PM UTC | 70.186.222.130

## Acceptance

I accept this offer of employment as a 1st Class Maintenance Mechanic and I have a full understanding of the job duties, responsibilities and expectations.

I agree to begin work at Colonna's Shipyard, Inc. on June 12, 2023.

I understand that I am required to submit to a pre-employment medical examination, drug screening and background check as a condition of employment.

I further understand that unsatisfactory result from, refusal to cooperate with, or any attempt to affect the results of these pre-employment tests and checks will result in withdrawal of any employment offer or termination of employment if already employed.

Signed by Kenneth Oakey | userskier1@aol.com | 6/6/2023 6:24:07 PM UTC | 70.186.222.130