

**U. S. Department of Labor**   Office of Workers' Compensation Programs
Division of Federal Employees', Longshore and Harbor Workers' Compensation
400 West Bay Street, Suite 63A, Box 28
Jacksonville, FL 32202

11/21/2024

OWCP Case: LS-05528779
OWCP Office: Norfolk Suboffice of the Eastern District
Injured Employee: KENNETH OAKEY
Date of Injury: 09/30/2023
Employer: Colonna's Shipyard, Inc.
Act: LHWCA
Carrier's File No: 2022-24783

Colonna's Shipyard, Inc.
400 E Indian River Road
Norfolk, VA 23523

Signal Mutual Indemnity Assn. Ltd.
c/o Sage Adjusting, LLC 100 Century Pkwy., Ste 300
Mt. Laurel, NJ 08054

Dear Ladies and Gentlemen:

The Division of Federal Employees', Longshore and Harbor Workers' Compensation is in receipt of your payment for your Section 14(g), 30(e), or Section 44(c) payment for the death of an employee without dependent, in the amount of $5,000.00.

If you have any questions, you can electronically submit documents into the OWCP case through the Secure Electronic Access Portal (SEAPortal). You can access SEAPortal at: https://seaportal.dol.gov. When you access the website, you will be asked to provide the OWCP number along with the injured worker's last name, date of birth and date of injury. The SEAPortal will then provide a Tracking Number, so you can verify when OWCP received your document. Documents will be visible in the OWCP file within 4 hours of upload. Alternatively, you can mail documents to the address at the top of page 1. Please DO NOT submit documents by SEAPortal and mail. Only one copy is necessary.

If you have questions, please contact our office at (202) 513-6809.

Sincerely,

Kenneth Ossman
Fiscal Examiner