UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| IN THE MATTER OF COLONNA'S SHIPYARD, INC., AS OWNER PRO HAC VICE AND OPERATOR OF BARGE U 806, O.N., 1237946, FOR LIMITATION OF LIABILITY<br><br>*Limitation Plaintiff* | )<br>)<br>)<br>)  Case No.: 2:25-cv-00706<br>)<br>)<br>) |

### CONSENT MOTION TO ENLARGE CLAIMANT'S DEADLINE TO FILE REPLY BRIEFS BY TWO DAYS

COME NOW the Parties, having consented to Claimant Kent Oakey's Motion to Enlarge the Deadline to File Reply Briefs by Two Days, and state as follows:

1. Claimant Kent Oakey, Administrator of the Estate of Kenneth Oakey, filed his Motion to Dismiss for Lack of Subject Matter Jurisdiction, or, in the alternative, Motion for Summary Judgment, on December 16, 2025.

2. Colonna's Shipyard, Inc., as owner *pro hac vice* and operator of Barge U 806, O.N. 1237946, filed its Memorandum in Opposition to that motion on December 30, 2025.

3. Marmac, LLC d/b/a McDonough Marine Service ("MMS") filed its Memorandum in Opposition to Claimant Oakey's motion on December 30, 2025.

4. Local Civil Rule 7(F)(1) for the Eastern District of Virginia governs that a moving party's briefs are due within six (6) calendar days after service of the opposing party's response brief.

5. Pursuant to Local Civil Rule 7(F)(1), Claimant Oakey's reply briefs are due on Monday, January 5, 2026.

6. Within the six calendar days Claimant Oakey had to respond to the memoranda in opposition, three days were on either a federal holiday or the weekend, and one was on New Years Eve.

7. Local Rule 7(I) permits the Court to extend a party's response time to issues relating to motions.

8. Claimant Oakey respectfully requests a two (2) day extension to file his reply briefs, making his deadline Wednesday, January 7, 2026.

9. Counsel for Colonna's and MMS consent to this extension.

WHEREFORE, the Claimant and Defendant-in-Limitation, Kent Oakey, Administrator of the Estate of Kenneth Oakey, deceased, respectfully requests that this Court GRANT his Motion to Enlarge Deadline to File Reply Briefs by Two Days.

**Respectfully submitted,**

**KENT OAKEY,** Administrator of the Estate of
**KENNETH OAKEY, deceased,**
*Claimant,*
*Defendant-in-Limitation*

Dated: January 5, 2026

*/s/ Lauren Martin*
Kevin Biniazan, Esq. | VSB No. 92109
Lauren A. Martin, Esq. | VSB No. 93653
BREIT BINIAZAN P.C.
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Phone | 757.622.6000
Email | kevin@bbtrial.com
Email | lmartin@bbtrial.com

        Adam H. Lotkin, Esq. | VSB No. 45588
        R. Maxwell Baker, Esq. | VSB No. 100825
        Rutter Mills, LLP
        160 W. Brambleton Avenue
        Norfolk, Virginia 23510
        Phone | 757.777.7777
        Adam.Lotkin@ruttermills.com
        Max.Baker@ruttermills.com

        *Counsel for Claimant,*
        *Defendant-in-Limitation*

**C E R T I F I C A T E**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of electronic filing (NEF) to counsel of record.

Date: <u>January 5, 2026</u>

                                            */s/ Lauren Martin*
Kevin Biniazan, Esq. | VSB No. 92109
Lauren A. Martin, Esq. | VSB No. 93653
BREIT BINIAZAN, P.C.
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Phone | 757.622.6000
Email | kevin@bbtrial.com
Email | lmartin@bbtrial.com

*Counsel for Plaintiff*