UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| IN THE MATTER OF COLONNA'S SHIPYARD, INC., AS OWNER PRO HAC VICE AND OPERATOR OF BARGE U 806, O.N., 1237946, FOR LIMITATION OF LIABILITY<br><br>*Limitation Plaintiff* | )<br>)<br>)<br>)  Case No.: 2:25-cv-00706<br>)<br>)<br>) |

### DEFENDANT-IN-LIMITATION OAKEY'S NOTICE OF APPEARANVE

PLEASE TAKE NOTICE that Patrick LaBella of Breit Biniazan is admitted to practice in this Court and enters his appearance for the Claimant and Defendant-in-Limitation, Kent Oakey, Administrator of the Estate of Kenneth Oakey, deceased. Please note the following contact information for Patrick LaBella:

Patrick LaBella | VSB No. 101633
BREIT BINIAZAN, PC
Towne Pavilion Center II
600 22nd Street, Ste. 402
Virginia Beach, VA 23451
Phone | 757.622.6000
Fax| 757.299.8028
Email | patrick@bbtrial.com

                                                       **KENT OAKEY,** Administrator of the Estate of
                                                       **KENNETH OAKEY, deceased,**
                                                      *Claimant*,
                                                     *Defendant-in-Limitation*

Dated: January 21, 2026                               */s/ Patrick LaBella*
                                                     Kevin Biniazan, Esq. | VSB No. 92109
                                                     Lauren A. Martin, Esq. | VSB No. 93653
                                                     Patrick LaBella, Esq. | VSB No. 101633
                                                     BREIT BINIAZAN P.C.
                                                     600 22nd Street, Suite 402
                                                     Virginia Beach, Virginia 23451
                                                     Phone | 757.622.6000

Email | kevin@bbtrial.com
Email | lmartin@bbtrial.com
Email | patrick@bbtrial.com

Adam H. Lotkin, Esq. | VSB No. 45588
R. Maxwell Baker, Esq. | VSB No. 100825
Rutter Mills, LLP
160 W. Brambleton Avenue
Norfolk, Virginia 23510
Phone | 757.777.7777
Adam.Lotkin@ruttermills.com
Max.Baker@ruttermills.com

*Counsel for Claimant,*
*Defendant-in-Limitation*

## C E R T I F I C A T E

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of electronic filing (NEF) to counsel of record.

Date: <u>January 21, 2026</u>

                                                <u>s/ Patrick LaBella</u>
                                                Kevin Biniazan, Esq. | VSB No. 92109
                                                Lauren A. Martin, Esq. | VSB No. 93653
                                                Patrick LaBella, Esq. | VSB No. 101633
                                                BREIT BINIAZAN P.C.
                                                600 22nd Street, Suite 402
                                                Virginia Beach, Virginia 23451
                                                Phone | 757.622.6000
                                                Email | kevin@bbtrial.com
                                                Email | lmartin@bbtrial.com
                                                Email | patrick@bbtrial.com

                                                *Counsel for Claimant,*
                                                *Defendant-in-Limitation*

3