UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

IN THE MATTER OF COLONNA'S )
SHIPYARD, INC., AS OWNER PRO )
HAC VICE AND OPERATOR OF )
BARGE U 806, O.N., 1237946, FOR ) Case No.: 2:25-cv-00706
LIMITATION OF LIABILITY )
)
*Limitation Plaintiff* )

## ORDER ON DEFENDANT-IN-LIMITATION KENT OAKEY'S MOTION FOR LEAVE TO DEEM HIS MEMORANDUM IN OPPOSITION TIMELY

This matter came before the Court on Defendant-in-Limitation Kent Oakey's Motion for Leave to Deem his Memorandum in Opposition Timely (Jan. 21, 2026), ECF 34.

Upon consideration of the pleadings, it is **ORDERED** that Defendant-in-Limitation Kent Oakey's Motion is **GRANTED**, *nunc pro tunc*. RJK

It is **FURTHER ORDERED** that Defendant-in-Limitation Kent Oakey's Memorandum in Opposition to Limitation Plaintiff's Motion to Dismiss and Motion for Summary Judgment, filed on January 14, 2026, ECF 30, is **DEEMED TIMELY** pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) and Local Rule 7(I).

ENTERED this 12th day of Feb., 2026.

/s/ RJK
Robert J. Krask
United States Magistrate Judge
Judge