UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division
INITIAL PRETRIAL CONFERENCE

Date: **3/4/2026**
Judge: **Elizabeth W. Hanes**
Time Set: **2:30 p.m.**
Time**: 2:30 p.m. – 3:00 p.m.**
Deputy Clerk: **Tammy Eubanks**

## Case Number: 2:25cv706

## In the Matter of COLONNA'S SHIPYARD, INC., AS OWNER PRO HAC VICE AND OPERATOR OF BARGE U 806, O.N. 1237946, FOR EXONERATION FROM OR LIMITATION OF LIABILITY

**James Levantino and Steven Stancliff present on behalf of Limitation Plaintiff, Colonna's Shipyard, Inc.**

**Kevin Biniazan and Patrick LaBella present on behalf of Claimant, Kent Oakey, Administrator of the Estate of Kenneth Oakey, deceased.**

**Kenneth Luxhoj present on behalf of Claimant, Marmac, LLC.**

## PROCEEDINGS:

Case came on for IPTC via Zoom. Comments of the Court and counsel re Motion to Dismiss for Lack of Jurisdiction, or in the alternative, Motion for Summary Judgment by Kent Oakey (ECF #12) and Motion to Dismiss for Failure to State a Claim re claim of Oakey by Colonna's Shipyard, Inc. (ECF #23).

The court is not opening discovery at this time but directed that Colonna's Shipyard, Inc. share certain information. The parties intend to submit a protective order to the court for entry.

The court placed a hold on initial disclosures. Status Conference to be scheduled after disposition of pending motions.

Court adjourned.