**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**
**In Admiralty**

| | |
|---|---|
| IN THE MATTER OF COLONNA'S SHIPYARD, INC., AS OWNER PRO HAC VICE AND OPERATOR OF BARGE U 806, O.N., 1237946, FOR EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>*Limitation Plaintiff.* | )<br>)<br>)   Case No.: 2:25-cv-00706 – EWH-RJK<br>)<br>)<br>)<br>)<br>) |

**COLONNA'S SHIPYARD, INC.'S**
**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

NOW COMES Limitation Plaintiff, Colonna's Shipyard, Inc. ("Colonna's Shipyard"), by counsel, pursuant to Local Civil Rule 83.1(H), and moves this Court for leave for James J. Levantino, Esquire, to withdraw as counsel of record for Colonna's Shipyard and to withdraw his appearance in this action. Mr. Levantino is unable to continue his representation of Colonna's Shipyard due to his departure from the law firm of Ventker Henderson Stancliff, PLLC, effective May 21, 2026.  Steven M. Stancliff, Esquire of Ventker Henderson and Stancliff, PLLC will continue to represent Colonna's Shipyard as its lead counsel.  Colonna's Shipyard has consented to Mr. Levantino's withdrawal as its counsel.  No party will be prejudiced as a result of Mr. Levantino's withdrawal.  A proposed Order granting the requested relief is filed concurrently herewith.

Dated: May 22, 2026

**COLONNA'S SHIPYARD, INC.**

 /s/ James J. Levantino
Steven M. Stancliff (VSB No. 73853)
James J. Levantino (VSB No. 97082)
VENTKER HENDERSON STANCLIFF, PLLC
256 W. Freemason Street

Norfolk, VA 23510
Tel: (757) 675-9464
Fax: (757) 625-1475
sstancliff@ventkerlaw.com
jlevantino@ventkerlaw.com
*Counsel for Colonna's Shipyard, Inc.*

## Certificate of Service

I hereby certify that on May 22, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of such filing to all counsel of record:

Kevin Biniazan, Esq. (VSB No. 92109)
Lauren A. Martin, Esq. (VSB No. 93653)
Patrick LaBella, Esq. (VSB No. 101633)
BREIT BINIAZAN P.C.
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Tel: (757) 622-6000
kevin@bbtrial.com
lmartin@bbtrial.com
patrick@bbtrial.com
*Counsel for Claimant Kent Oakey,*
*Administrator of the Estate of*
*Kenneth Oakey, deceased*

James L. Chapman, IV, Esq.
(VSB No. 21983)
K. Barrett Luxhoj, Esq. (VSB No. 86302)
Mackenzie R. Pensyl, Esq.
(VSB No. 100012)
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Tel: (757) 623-3000
jchapman@cwm-law.com
kbluxhoj@cwm-law.com
mpensyl@cwm-law.com
*Counsel for MARMAC, LLC d/b/a*
*McDonough Marine Service*

**COLONNA'S SHIPYARD, INC.**


 /s/ James J. Levantino
Steven M. Stancliff (VSB No. 73853)
James J. Levantino (VSB No. 97082)
VENTKER HENDERSON STANCLIFF, PLLC
256 W. Freemason Street
Norfolk, VA 23510
Tel: (757) 802-3727
Fax: (757) 625-1475
sstancliff@ventkerlaw.com
jlevantino@ventkerlaw.com
*Counsel for Colonna's Shipyard, Inc.*