**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **RAKIM JONES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil No.: 2:25-cv-00240-RBS-LRL** |
| | ) |
| **UNITED STATES OF AMERICA, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon the motion of Consolidated Marine Systems, LLC for James J. Levantino, Esq., to withdraw as counsel of record in this action pursuant to Local Rule 83.1(H), upon the confirmation that Steven M. Stancliff, Esq., of Ventker Henderson Stancliff, PLLC, will continue as lead counsel of record, that the client has been informed and consented, that no party will be prejudiced by the relief requested, and for good cause shown, it is hereby ORDERED that:

1.      The Motion for Leave to Withdraw as Counsel is GRANTED and James J. Levantino, Esq. is permitted to withdraw as counsel of record for Consolidated Marine Systems, LLC in this action.

2.      Steven M. Stancliff, Esq, Ventker Henderson Stancliff, PLLC, shall continue as lead counsel of record for Consolidated Marine Systems, LLC, and all future notices, pleadings, and correspondence shall continue to be served upon Mr. Stancliff at Ventker Henderson Stancliff, PLLC, 256 W. Freemason Street, Norfolk, VA 23510.

3.      The Clerk is DIRECTED to terminate the appearance of James J. Levantino, Esq. as counsel for Consolidated Marine Systems, LLC, on the docket.

IT IS SO ORDERED.

Enter:

_____