IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

IN THE MATTER OF THE COMPLAINT
OF COLONNA'S SHIPYARD, INC., AS
OWNER PRO HAC VICE AND                          Civil Action No.  2:25-cv-706
OPERATOR OF BARGE U 806, O.N.,
1237946, FOR EXONERATION FROM
OR LIMITATION OF LIABILITY

       Limitation Plaintiff.

## ORDER

This matter is before the Court on Limitation Plaintiff's Motion for Leave for James J. Levantino to withdraw as counsel of record for Colonna's Shipyard, Inc. Dkt. No. 40. It appearing to the Court that the Motion is proper, it is hereby

ORDERED that James J. Levantino be removed as counsel of record for the Limitation Plaintiff. The other attorney who has noted an appearance as counsel for the Limitation Plaintiff, Steven M. Stancliff, as well as the firm Ventker Henderson Stancliff, PLLC, shall remain counsel of record.

It is so ORDERED.

_____/s/_____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: May 28, 2026

1