**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**IN THE MATTER OF THE COMPLAINT**
**OF COLONNA'S SHIPYARD, INC.,**
**AS OWNER PRO HAC VICE AND**
**OPERATOR OF BARGE U 806, O.N.,**
**1237946,**
**FOR EXONERATION FROM**
**OR LIMITATION OF LIABILITY**

**CASE NO. 2:25cv706**

**JUDGMENT IN A CIVIL CASE**

**Decision by the Court.** This action came for decision before the Court.
The issues have been considered and a decision has been rendered.

**IT IS ORDERED**, The Estate's Motion for Summary Judgment [12] is GRANTED. The Clerk is directed to send a copy of this Order to all counsel of record and close this case

DATED: August 18, 2026

LAURA GRIFFIN, Clerk

By /s/
V.Pearson, Deputy Clerk